1  Abran E. Vigil
   Nevada Bar No. 7548
2  Russell J. Burke
   Nevada Bar No. 12710
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   vigila@ballardspahr.com
6  burker@ballardspahr.com

7  *Attorneys for Plaintiff*

8

### UNITED STATES DISTRICT COURT

9

### DISTRICT OF NEVADA

10

| | |
|---|---|
| 11  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, 12  NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER 13  TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR 14  STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-15  THROUGH CERTIFICATES, SERIES 2005-2, | Case No.  2:16-cv-01719-MMD-CWH  **ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE AND PERMIT SERVICE BY PUBLICATION** |

16

17                          Plaintiff,

18  vs.

19  SFR INVESTMENTS POOL 1, LLC, a
    Nevada limited liability company; SEVEN
20  HILLS MASTER COMMUNITY
    ASSOCIATION, a Nevada non-profit
    corporation; EDWARD NAPIER, an
21  individual; CARLA NAPIER, an
    individual,

22

23                          Defendant.

24         Plaintiff U.S. Bank National Association, as Trustee, Successor in Interest to

25  Bank of America, National Association as Trustee, Successor by Merger to LaSalle

26  Bank National Association, as Trustee for Structured Asset Investment Loan Trust

27  Mortgage Pass-Through Certificates, Series, 2005-2 ("U.S. Bank") filed its Motion to

28  Extend Time for Service And Permit Service By Publication ("Motion") on October 18,

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

2016.  Having reviewed the Motion and the attached affidavits of due diligence, the Court finds good case to grant the Motion.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that U.S. Bank shall have up to and until January 17, 2017 to serve Edward Napier and Carla Napier with a summons and complaint.

IT IS FURTHER ORDERED that U.S. Bank may serve Edward Napier and Carla Napier via publication.

Dated: October 19, 2016

By: _____
UNITED STATES DISTRICT MAGISTRATE JUDGE

Submitted By:

BALLARD SPAHR LLP

/s/ Russell J. Burke
Abran E. Vigil
Nevada Bar No. 7548
Russell J. Burke
Nevada Bar No. 12710
Joseph P. Sakai
Nevada Bar No. 13578
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070