Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SEVEN HILLS MASTER COMMUNITY ASSOCIATION, a Nevada non-profit corporation; EDWARD NAPIER, an individual; CARLA NAPIER, an individual,<br><br>Defendants. | Case No. 2:16-cv-01719-MMD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., AND SEVEN HILLS MASTER COMMUNITY ASSOCIATION, AND TO DISMISS NEVADA ASSOCIATION SERVICES, INC.** |

DMWEST #18065975 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

| | |
|---|---|
| SEVEN HILLS MASTER COMMUNITY ASSOCIATION, a Nevada non-profit corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| NEVADA ASSOCIATION SERVICES, INC. | |
| Third-Party Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counterclaimant/Cross Claimant, | |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2; EDWARD NAPIER, an individual; CARLA NAPIER, an individual, | |
| Counter-Defendant/Cross Defendants. | |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Trustee, Successor by Merger to Lasalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-2 ("U.S. Bank") and Defendant/Third-Party Plaintiff Seven Hills Master Community Association ("Seven Hills," and together with U.S. Bank the "Parties"), through their respective attorneys, stipulate as follows:

1. This action concerns title to real property commonly known as 1436 Via Savona Drive, Henderson, Nevada (the "Property") following a homeowner's

1 association foreclosure sale conducted on July 20, 2012, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20041118-0003589 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have agreed to release their respective claims, and further agreed that the claims between them shall be DISMISSED with prejudice.

4. As Nevada Association Services, Inc. ("NAS"), has not appeared in this action, Seven Hills hereby voluntarily dismisses its Third-Party Complaint against NAS pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

(*Remainder of Page Intentionally Left Blank*)

5. Each party in this case number 2:16-cv-01719-MMD-CWH shall bear its own attorneys' fees and costs.

Dated: November 20, 2018

| BALLARD SPAHR LLP | BOYACK ORME & ANTHONY |
|---|---|
| By:/s/ Kyle A. Ewing<br>　Abran E. Vigil, Esq.<br>　Nevada Bar. No. 7548<br>　Maria A. Gall, Esq.<br>　Nevada Bar No. 14200<br>　Kyle A. Ewing<br>　Nevada Bar No. 14051<br>　1980 Festival Plaza Drive, Suite 900<br>　Las Vegas, Nevada 89135<br><br>*Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2* | By:/s/ Patrick A. Orme<br>　Edward D. Boyack<br>　Nevada Bar. No. 5229<br>　Patrick A. Orme<br>　Nevada Bar. No. 7853<br>　7432 West Sahara Avenue<br>　Las Vegas, NV 89117<br><br>*Attorney for Seven Hills Master Community Association* |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 20, 2018