Abran E. Vigil, Esq.
Nevada Bar. No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar. No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SEVEN HILLS MASTER COMMUNITY ASSOCIATION, a Nevada non-profit corporation; EDWARD NAPIER, an individual; CARLA NAPIER, an individual,<br><br>Defendants. | Case No. 2:16-cv-01719-MMD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS BETWEEN U.S. BANK, N.A. AS TRUSTEE AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE** |

DMWEST #18218067 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

| | |
|---|---|
| SEVEN HILLS MASTER COMMUNITY ASSOCIATION, a Nevada non-profit corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| NEVADA ASSOCIATION SERVICES, INC. | |
| Third-Party Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counterclaimant/Cross Claimant, | |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2; EDWARD NAPIER, an individual; CARLA NAPIER, an individual, | |
| Counter-Defendant/Cross Defendants. | |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Trustee, Successor by Merger to Lasalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-2 ("U.S. Bank") and Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), through their respective attorneys, stipulate as follows:

1. This action concerns title to real property commonly known as 1436 Via Savona Drive, Henderson, Nevada (the "Property") following a homeowner's association foreclosure sale conducted on July 20, 2012, with respect to the

DMWEST #18218067 v1  2

1 Property.

2     2.    As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20041118-0003589 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

    3.    The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice.

    4.    As neither Edward Napier nor Carla Napier (together, the "Napiers") appeared in this action, U.S. Bank hereby voluntarily dismisses its claims against them pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    5.    This Stipulation in no way affects SFR's cross-claim against the Napiers or Chase's claim against Seven Hills Master Community Association.

    6.    The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

*(Remainder of Page Intentionally Left Blank)*

7. The Parties to this Stipulation (case number 2:16-cv-01719-MMD-CWH) shall each bear their own attorneys' fees and costs.

Dated: November ___, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Kyle A. Ewing<br>Abran E. Vigil, Esq.<br>Nevada Bar. No. 7548<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>Kyle A. Ewing, Esq.<br>Nevada Bar No. 14051<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/Jacqueline A. Gilbert<br>Jacqueline A. Gilbert<br>Nevada Bar No. 10593<br>Diana S. Ebron<br>Nevada Bar No. 10580<br>Karen Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89014 |

*Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2*

*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 21, 2018